## Auto Transit Co. *v.* Koch (No. 3).

OPINION BY HEAD, J., February 28, 1919:

For the reasons we have expressed in disposing of the appeal between the same parties, to wit, No. 104, October Term, 1918, we dismiss this appeal at the costs of the appellant.